UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                            CR. O5-342

JOSE ALVAREZ LOZANO

## NOTICE OF APPEARANCE

H. Heather Shaner, appointed by the Court, now enters her appearance for Jose Alvarez Lozano.

Respectfully submitted,

_____/s/_____

H. Heather Shaner # 273276
1702 S St. NW
Washington, D.C. 20009
Tel. 202 265 8210