UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS DELGADO-GOMEZ, | ) | CRIMINAL NO. 05-342-10 (RCL) |
| | ) | |
| JOSE HUGO ALVAREZ-LOZANO, | ) | CRIMINAL NO. 05-342-15 (RCL) |
| | ) | |
| GERARDO TOBON-ROJAS, | ) | CRIMINAL NO. 05-342-18 (RCL) |
| | ) | |
| Defendants. | ) | |

FILED
JAN 29 2008
Clerk, U.S. District and Bankruptcy Courts

## ORDER

Upon defendants' oral request and without objection of the Government, defendants shall be held at the Correctional Treatment Facility (CTF).

SO ORDERED.


_____          1/29/08
United States District Judge Royce C. Lamberth          Date