UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

        **v.**                                                **CR. 05-342-15 (RCL)**

**JOSE HUGO ALVAREZ-LOZANO**

### MOTION FOR ENLARGEMENT OF TIME TO FILE MOTIONS AND FOR AN ORDER REQUIRING TIMELY DISCLOSURE OF EVIDENCE

Counsel for Jose Hugo Alvarez-Lozano, respectfully requests the Court grant an Enlargement of Time to permit filing of Motions. At this time no disclosures have been made by the government, beyond the information contained in the detention memorandum. It is impossible to file meaningful Motions in an information vacuum.

Upon disclosure of facts and evidence by the Department of Justice, Counsel reserves the right to argue for whatever legal remedies are required by the information, including but not limited to, venue, jurisdiction, justiciability, suppression of evidence seized overseas by foreign agents whether at our request or not, any motions for suppression based on consular or treaty violations and those rights recognized by the United Nations and the Courts of the United States of America and the United States Constitution. Counsel reserves all rights on behalf of defendant Alvarez-Lozano.

Counsel requests an enlargement of time until the government discloses facts and information as required by law to permit legal analysis and to permit counsel to make meaningful legal arguments. Counsel requests the Court Order immediate disclosures of facts and information by the Department of Justice to the defendant pursuant to the Fifth,

Sixth and Fourteenth Amendments of the United States Constitution and the Federal Rules of Criminal Procedure.

**WHEREFORE**, the defendant respectfully requests the Court grant this Motion for Enlargement of Time and Disclosure of Evidence.

Respectfully submitted,

/s/

H. Heather Shaner  #273276
Appointed by the Court
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                      CR. 05-342-15 (RCL)

JOSE HUGO ALVAREZ-LOZANO

### ORDER

Upon consideration of the Defendant's Motion and the Government's response thereto,

**It is Hereby Ordered** that the Government disclose facts and information about overseas searches, seizures and wiretaps by _____. Defense Motions are due thirty days after Disclosure of said evidence. **So Ordered** this _____day of _____2008.

_____

**Hon. Royce Lamberth**