UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**ARCHBOLD-MANNER, et al.**  )<br>**Jesus Antonio Murillo-Lenis (02)**  )<br>**Ranfer Rios-Mercado (03); Hugo Alvarez**  )<br>**Lozano (15); German Villegas-Mejia (17),**  )<br>**Gerardo Tobon-Rojas (18) and**  )<br>**Fernando Zapata-Bermudez (19)**  )<br>)<br>**Defendants.**  ) | **Criminal No. 05-342 (RCL)** |

**ORDER**

Upon consideration of the defendants' Joint Motion To Suppress Evidence, the accompanying memorandum of points and authorities, the government's memorandum in opposition, and in light of the entire record in this case, it is this _____ day of _____, 2008 be and hereby is

**ORDERED** that said motion is granted.

**SO ORDERED.**

                                                                 Royce C. Lamberth
                                                                 United States District Court Chief Judge