AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America )
       Plaintiff(s) )    **APPEARANCE**
                                   )
               vs. )    CASE NUMBER   CR-05-342-RCL
Alvaro Serrano Archbold-Manner, et al )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Teresa A. Wallbaum   as counsel in this
                                (Attorney's Name)

case for:   United States of America
              (Name of party or parties)

August 14, 2008
Date

_(signature)_
Signature

Illinois # 6211941
BAR IDENTIFICATION

Teresa A. Wallbaum
Print Name

1400 New York Ave, NW
Address

Washington, DC 20530
City    State    Zip Code

(202) 616-5193
Phone Number