UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**)<br>)<br>**Plaintiff** )<br>)<br>)<br>v. )<br>)<br>**ALVARO SERRANO ARCHBOLD-** )<br>**MANNER, et. al.,** )<br>)<br>**Defendants.** ) | CR. NO. 05-342 (RMC) |

**PROPOSED ORDER OF DEADLINE EXTENSION**

Upon consideration of the Government' motion to extend the deadline for the government to produce and make available to defense counsel physical evidence seized from the M/V Dan Viking it intends to produce at trial, it is, this _____ day of _____, 2008,

ORDERED, that the Government's motion is granted and that the government shall have until September 11, 2008, to produce and make available to defense counsel physical evidence from the M/V Dan Viking which it intends to produce at trial.

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE
THE DISTRICT OF THE DISTRICT OF COLUMBIA